IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROGER BROCKINTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:05CV00954 SWW |
| | * | |
| THE CITY OF SHERWOOD, ARKANSAS, | * | |
| a body Public; KEL NICHOLSON, | * | |
| Individually and in his Official Capacity as | * | |
| Chief of Police for Sherwood, Arkansas; | * | |
| JOHN H. SCOTT, Individually and in his | * | |
| Official Capacity ; ALEXANDER KILGORE, | * | |
| Individually and in his Official Capacity; | * | |
| JERRY D. BRADFORD, Individually and in | * | |
| his Official Capacity; CHRISTOPHER R. | * | |
| CONE, Individually and in his Official | * | |
| Capacity; VERNON D. BLOCKER, | * | |
| Individually and in his Official Capacity; | * | |
| EDDIE P. ALVIS, Individually and | * | |
| in his Official Capacity; JAMES S. | * | |
| CALHOUN, Individually and in his Official | * | |
| Capacity; THE COUNTY OF VAN BUREN, | * | |
| ARKANSAS, a body Public; SCOTT | * | |
| BRADLEY, in his Official Capacity as Sheriff | * | |
| of Van Buren County, Arkansas; RUSSELL | * | |
| PRIDGEN, Individually and in his Official | * | |
| Capacity as the former Sheriff of Van Buren | * | |
| County, Arkansas; and RANDY GURLEY, | * | |
| Individually and in his Official Capacity; | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, IT IS

CONSIDERED ORDERED AND ADJUDGED that plaintiff's complaint is dismissed.  Plaintiff's

federal claims are dismissed with prejudice; his state law claims are dismissed without prejudice.

Each party will bear its own fees and costs.

      DATED this 17th day of August 2006.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE